UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20751-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS TIMOTHY COCHRAN,

    Defendant.
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) [DE 32] of the Honorable Andrea M. Simonton recommending that the Motion to Suppress the Search of the Defendant's Residence [DE 24] be DENIED. The Court has reviewed Judge Simonton's R&R, to which no objections have been filed, and the transcript of the hearing held on February 7, 2012. Based on a *de novo* review, Judge Simonton's factual findings are not clearly erroneous and her legal conclusions reflect the correct application of the facts to the law. Therefore, it is

ORDERED that the above-mentioned R&R of Magistrate Judge Simonton is RATIFIED, AFFIRMED, and made the Order of the District Court, as follows:

    1.    Defendants' Motion to Suppress the Search of the Defendant Residence [DE 24] is DENIED.

DONE AND ORDERED in Miami, Florida this 26th day of March, 2012.

                                PATRICIA A. SEITZ
                                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
        The Honorable Andrea M. Simonton